UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON MARQUISE WHITE,<br><br>Defendant. | 4:25-CR-40008-KES<br><br><br>ORDER DENYING<br>PRO SE MOTION TO DISMISS |

Defendant, Brandon Marquise White, moves pro se motion to dismiss Count 1 and Count 2 of his Indictment for "wrong venue/jurisdiction." Docket 59. White, however, is represented by counsel and is not proceeding pro se in this matter. "[A] district court has no obligation to entertain pro se motions filed by a represented party." *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). The court will only accept motions filed by counsel. Thus, it is

ORDERED that defendant's pro se motion to dismiss Count 1 and Count 2 of the Indictment for Wrong Venue/Jurisdiction (Docket 59) is denied.

DATED December 9, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE